# PD-0130-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 05 25
Abel Acosta, Clerk

NO. _____

| | | |
|---|---|---|
| Israel Huerta | § | In the Texas Court of |
| vs. | § | Criminal Appeals |
| The State of Texas | § | at Austin, Texas |

_____

On Appeal from the Fifth Court of Appeals
in Cause No. 05-14-00293-CR

_____

FILED IN
COURT OF CRIMINAL APPEALS

FEB 06 2015

Abel Acosta, Clerk

## Appellant's Motion to Extend the
## Time for Filing a Petition for Discretionary Review

**To the Honorable Judges of said Court:**

Comes now Appellant, and respectfully requests that the time for filing a Petition for Discretionary Review in the above-styled and numbered cause be extended. In support of this motion Appellant would show:

1. On January 21, 2015, Appellant's conviction was affirmed by the Fifth Court of Appeals in Cause No. 05-14-00293-CR styled Israel Huerta v. The State of Texas.

2. The present deadline for filing a Petition for Discretionary Review is February 20, 2015. Appellant respectfully requests an extension of time until April

1

20, 2015.

3. No previous extension of time has been granted.

4. Appellant would show the Court that a reasonable explanation exists for the requested extension. Appellant is currently incarcerated in the Texas Department of Criminal Justice and has limited legal knowledge. Appellant must go to the unit law library to research and draft the issues.

Wherefore, premises considered, Appellant respectfully requests that the time for filing a Petition for Discretionary Review be extended to April 20, 2015.

Respectfully submitted,

Israel Huerta, Appellant # 01913686
Stevenson Unit
1525 FM 766
Cuero, TX  77954-6300

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been served on the Dallas County District Attorney's Office, Appellate Division, 133 N. Riverfront Blvd., LB 19, Dallas, Texas, 75207, by depositing same in the United States Mail, Postage Prepaid on ___/- 28___, 2015.

_Israel Huerta_
Israel Huerta, Appellant